AO 91 (Rev. 11/11)   Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Eugene Kwan KNIGHT | ) | Case No.    2:23-mj-302 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 8, 2023 _____ in the county of _____ Franklin _____ in the

_____ Southern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(9)  & 924(a)(8) | Possession of a firearm after a conviction for a misdemeanor crime of domestic violence |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Via FaceTime

Date: _____ May 10, 2023 _____

City and state: _____ Columbus Ohio _____

Elizabeth A. Preston Deavers
**United States Magistrate Judge**

**PROBABLE CAUSE AFFIDAVIT**
**James C. Smith**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007.  I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Michael Eugene Kwan KNIGHT (hereinafter referred to as KNIGHT) for, knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(9) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that KNIGHT committed this offense.

4. According to a CPD report that I have reviewed, on or about January 8, 2023, CPD officers were at an apartment complex located 3766 Briggs Rd., Columbus, Ohio looking for a wanted felon. A person later identified as a crime victim ran from the building and approached officers. The victim stated that he/she had been assaulted by KNIGHT. He/she stated that KNIGHT threatened them with a firearm.

5. He/she stated they were asleep inside of an apartment in 3766 Briggs Road when they were woken up by KNIGHT hitting them with a pole like object. KNIGHT produced a handgun and told them he would kill them if they did not return twenty dollars to KNIGHT.

6. Officers observed injuries on the victim's forehead. Officers were given a description of KNIGHT.

7. Officers observed KNIGHT inside of 3766 Briggs Rd. Officers detained KNIGHT. A Taurus PT111 G2C 9mm pistol bearing serial number ADE350652 and ammunition were recovered from KNIGHT's person.

8. KNIGHT was read his constitutional rights and agreed to speak with officers. KNIGHT denied threatening the victim. KNIGHT stated he had the firearm because he had been warned the victim was going to shoot him.

9. KNIGHT was charged with assault and aggravated menacing and slated at the Franklin County Jail.

**PROBABLE CAUSE AFFIDAVIT**
**James C. Smith**

10. KNIGHT was prohibited from possession of a firearm based upon having been previously a convicted of misdemeanor crime of domestic violence:

     a. Franklin County, Ohio Municipal Court Case 14CRB30192 for domestic violence on or about August 5, 2015.

11. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by KNIGHT on or about January 8, 2023, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

12. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

13. Based on this information, your affiant believes probable cause exists that KNIGHT, knowing he had been previously convicted of a misdemeanor crime of domestic violence, knowingly possessed a firearm, that is, a Taurus PT111 G2C 9mm pistol bearing serial number ADE350652 and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).



ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of   __10__ ,   __May 2023__  , at  __10:41 AM__  Columbus, Ohio.

Elizabeth A. Preston Deavers
**United States Magistrate Judge**